PROB 12C
(6/16)

Report Date: September 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victoria Renae Peterson    Case Number: 0980 1:14CR02043-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 27, 2015

Original Offense:    Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) & (b)(B)(viii)

Original Sentence:    Prison - 120 months    Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:    Ben Seal    Date Supervision Commenced: November 18, 2019

Defense Attorney:    Andrea K. George    Date Supervision Expires: November 17, 2023

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Ms. Peterson is alleged to have violated her supervised release conditions by failing to report to the probation office as directed on September 13, 2021.<br><br>On November 19, 2019, supervised release conditions were reviewed and signed by Ms. Peterson acknowledging her understanding of standard condition number 3, as noted above.<br><br>On September 10, 2021, U.S. probation conducted a home visit at Ms. Peterson's residence. While at her residence, Ms. Peterson was asked what days off she had from work. Ms. Peterson stated she currently has Sundays and Mondays off. Accordingly, she was verbally directed to report on Monday (September 13, 2021) at 10 a.m. This officer provided her a business card with instructions to report on September 13, 2021, written on the back of the card. Ms. Peterson verbally agreed she would report as directed.<br><br>On September 13, 2021, at approximately 1:35 p.m., this officer contacted Ms. Peterson by telephone regarding her failure to report by 10 a.m. as directed. Ms. Peterson stated she was |

Prob12C
**Re: Peterson, Victoria Renae**
**September 15, 2021**
**Page 2**

at work and was not aware she had to report this date. Ms. Peterson was reminded of the verbal and written reporting instructions on the back of the business card. Ms. Peterson failed to report as directed.

2  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Ms. Peterson allegedly violated her supervised release condition by being arrested for fourth degree assault on July 24, 2021.

On November 19, 2019, supervised release conditions were reviewed and signed by Ms. Peterson acknowledging her understanding of standard mandatory number 1, as noted above.

According to the Yakima Police Department narrative report case number 1A0596707, a verbal argument occurred at 619 South 18th Avenue, Yakima, Washington 98902. There was a witness that saw the defendant kick her ex-boyfriend. The police conducted an investigation. As a result, the defendant was arrested and charged with fourth degree assault domestic violence.

Ms. Peterson is scheduled for court on September 22, 2021, at 8:30 a.m. for the above case.

3  **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Peterson is alleged to have violated her supervised release conditions by failing to submit a urinalysis sample as directed on September 13, 2021.

On November 19, 2019, supervised release conditions were reviewed and signed by Ms. Peterson acknowledging her understanding of special condition number 14, as noted above.

On September 13, 2021, Ms. Peterson failed to report as directed by 10 a.m. This officer contacted Ms. Peterson by telephone. Ms. Peterson said she was currently at work, but she would be off at 5 p.m. She was directed to report to Merit Resource Services (Merit) to submit to urinalysis by 6 p.m. At approximately 6:10 p.m., this officer received a voice mail from Ms. Peterson stating she was just getting off work so she could not make it to Merit for the urinalysis.

Ms. Peterson failed to report to Merit for drug testing as directed.

Prob12C
**Re: Peterson, Victoria Renae**
**September 15, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/28/2021
Date